**DISMISS and Opinion Filed February 14, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01434-CV

**RIVERSIDE AUTOPLEX MUSKOGEE, RIVERSIDE AUTOPLEX LLC D/B/A RIVERSIDE AUTOPLEX CHRYSLER DODGE JEEP MCALESTER, RIVERSIDE AUTOPLEX LLC D/B/A RIVERSIDE AUTOPLEX FORD, RIVERSIDE AUTOPLEX LLC D/B/A RIVERSIDE AUTOPLEX GM, AND RIVERSIDE AUTOPLEX LLC D/B/A RIVERSIDE AUTOPLEX HONDA, Appellants**

**V.**

**AUTOREVO LTD., Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-06822-2018**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Schenck

Before the Court is appellants' motion to dismiss this appeal. We grant the motion and

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

191434F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RIVERSIDE AUTOPLEX MUSKOGEE,
RIVERSIDE AUTOPLEX LLC D/B/A
RIVERSIDE AUTOPLEX CHRYSLER
DODGE JEEP MCALESTER, RIVERSIDE
AUTOPLEX LLC D/B/A RIVERSIDE
AUTOPLEX FORD, RIVERSIDE
AUTOPLEX LLC D/B/A RIVERSIDE
AUTOPLEX GM, AND RIVERSIDE
AUTOPLEX LLC D/B/A RIVERSIDE
AUTOPLEX HONDA, Appellants

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-06822-2018.
Opinion delivered by Justice Schenck.
Justices Osborne and Reichek participating.

No. 05-19-01434-CV     V.

AUTOREVO LTD., Appellee

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee AUTOREVO LTD. recover its costs of this appeal from appellants RIVERSIDE AUTOPLEX MUSKOGEE, RIVERSIDE AUTOPLEX LLC D/B/A RIVERSIDE AUTOPLEX CHRYSLER DODGE JEEP MCALESTER, RIVERSIDE AUTOPLEX LLC D/B/A RIVERSIDE AUTOPLEX FORD, RIVERSIDE AUTOPLEX LLC D/B/A RIVERSIDE AUTOPLEX GM, AND RIVERSIDE AUTOPLEX LLC D/B/A RIVERSIDE AUTOPLEX HONDA.

Judgment entered this 14th day of February, 2020.